UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
VYGON CORPORATION,

      Plaintiff,

vs.

DOLPH SEMENZA and IVERA
MEDICAL CORPORATION,

      Defendants.
-----------------------------------------------------X

11 CIV 9283 (GBD)

STIPULATION AND ORDER OF
SUBSTITUTION OF COUNSEL FOR
PLAINTIFF VYGON CORPORATION

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel and pursuant to Local Civil Rule 1.4 of the U.S. District Court for the Southern District of New York, that the law firm of Schiff Hardin LLP is hereby substituted in place and in the stead of the law firm of Watson, Farley & Williams (New York), LLP as counsel of record for plaintiff Vygon Corporation in the above-captioned action.

      **PLEASE TAKE NOTICE** that all pleadings, notices of hearing, and other filings in this matter shall be served upon the undersigned incoming counsel at the address set forth below.

Dated: New York, New York
       March /2, 2012

| WATSON, FARLEY & WILLIAMS (NEW YORK), LLP | SCHIFF HARDIN LLP |
|---|---|
| By: _____ <br> Alfred E. Yudes, Jr. <br> Jane Freeberg Sarma <br> Outgoing Counsel for Plaintiff <br>   Vygon Corporation <br> 1133 Avenue of the Americas, 11th Floor, | _____ <br> Phillipe C.M. Manteau <br><br> David Jacoby <br> Incoming Counsel for Plaintiff <br>   Vygon Corporation |

<div style="display: flex;">

New York, N.Y. 10036  
Phone (212) 922-2214  
Fax (212) 922-1512  
ayudes@wfw.com  
jfreeberg@wfw.com  

666 Fifth Avenue, 17th Floor  
New York, New York 10103  
Phone (212) 753-5000  
Fax (212) 753-5044  
pmanteau@schiffhardin.com  
djacoby@schiffhardin.com  

</div>

SO ORDERED

_____  
The Honorable George B. Daniels  
United States District Judge

_____, 2012

NY\51142793.1