UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

VYGON CORPORATION,

                        Plaintiff,

  -v-

DOLPH SEMENZA,

                        Defendant.
------------------------------------------------------------- x

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 15 2012

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

11 Civ. 9283 (GBD)(THK)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_ Specific Non-Dispositive Motion/Dispute:

\_\_ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

_X_ Settlement

\_\_ Inquest After Default/Damages Hearing

\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

\_\_ Habeas Corpus

\_\_ Social Security

\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

All such motions:\_\_

Dated: March 14, 2012

SO ORDERED:

*George B. Daniels*
George B. Daniels
United States District Judge