UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
VYGON CORPORATION,

    Plaintiff,

    vs.

DOLPH SEMENZA and IVERA
MEDICAL CORPORATION,

    Defendants.
----------------------------------------------------------X



11 CIV 9283 (GBD)

**STIPULATION AND ORDER OF
SUBSTITUTION OF COUNSEL FOR
PLAINTIFF VYGON CORPORATION**

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel and pursuant to Local Civil Rule 1.4 of the U.S. District Court for the Southern District of New York, that the law firm of Schiff Hardin LLP is hereby substituted in place and in the stead of the law firm of Watson, Farley & Williams (New York), LLP as counsel of record for plaintiff Vygon Corporation in the above-captioned action.

    **PLEASE TAKE NOTICE** that all pleadings, notices of hearing, and other filings in this matter shall be served upon the undersigned incoming counsel at the address set forth below.

Dated: New York, New York
       March /=, 2012

WATSON, FARLEY & WILLIAMS
    (NEW YORK), LLP

By: _____
    Alfred E. Yudes, Jr.
    Jane Freeberg Sarma
    Outgoing Counsel for Plaintiff
      Vygon Corporation
    1133 Avenue of the Americas, 11th Floor,

SCHIFF HARDIN LLP

_____
Phillipe C.M. Manteau

David Jacoby
Incoming Counsel for Plaintiff
   Vygon Corporation

<div style="display: flex; justify-content: space-between;">

New York, N.Y. 10036
Phone (212) 922-2214
Fax (212) 922-1512
ayudes@wfw.com
jfreeberg@wfw.com

666 Fifth Avenue, 17th Floor
New York, New York 10103
Phone (212) 753-5000
Fax (212) 753-5044
pmanteau@schiffhardin.com
djacoby@schiffhardin.com

</div>

SO ORDERED

_/s/ George B. Daniels_
The Honorable George B. Daniels
United States District Judge

MAR 22 2012
NYSH142793.1