

**SCHIFF HARDIN**LLP

666 FIFTH AVENUE, 17TH FLOOR
NEW YORK, NEW YORK 10103

t 212.753.5000
f 212.753.5044

www.schiffhardin.com

David E. Jacoby
212-745-0876
djacoby@schiffhardin.com

APR 30 2012

April 30, 2012

BY TELECOPY (212) 805-6735

APR 30 2012

**SO ORDERED**

The conference is adjourned to
June 13, 2012 at 9:30 a.m.

*George B. Daniels*

HON. GEORGE B. DANIELS

Hon. George B. Daniels
United States District Judge
U.S. District Court, Southern District
  of New York
500 Pearl Street, Room 630
New York, New York

Re: Vygon Corp. v. Semenza, 11 CV 9283 (GBD)

Dear Judge Daniels:

I write further to a telephone call with your law clerk, Ms. Trigg, earlier today. The plaintiff and defendants in the referenced action have reached a settlement, but the parties may not be able to execute a stipulation of dismissal before tomorrow's scheduled conference. Accordingly, I respectfully request that tomorrow's conference be adjourned for 30 days in contemplation of a stipulation of dismissal being filed before then.

Very truly yours,

David Jacoby

cc.: Jeffrey Lutsky, Esq. (by 'fax, w/o encl.)
     Judith Lockhart, Esq. (by 'fax, w/o encl.)