UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

VYGON CORPORATION,

    Plaintiff,

-against-

DOLPH SEMENZA and IVERA MEDICAL
CORPORATION,

    Defendants.

-----------------------------------------------------------X

11 Civ. 9283 (GBD)

**STIPULATION OF
DISCONTINUANCE
WITH PREJUDICE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 03 2012

    IT IS HEREBY STIPULATED AND AGREED, by and between undersigned counsel, that, pursuant to Fed. R. Civ. P. 41(10(A)(ii), this action is dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: April 30, 2012

SCHIFF HARDIN LLP
Attorneys for Plaintiff

By: _____
David Jacoby

666 Fifth Avenue, 17th Floor
New York, New York 10103
(212) 753-5000

CARTER LEDYARD & MILBURN LLP
Attorneys for Defendants

By: _____
Judith Lockhart

2 Wall Street
New York, New York 10005
(212) 732-3232

STRADLEY RONON STEVENS &
YOUNG, LLP
Attorneys for Defendants

By: _____
Jeffrey A. Lutsky

SO ORDERED: MAY 03 2012

_____
George B. Daniels
U.S.D.J.

HON. GEORGE B. DANIELS